1  SEMNAR & HARTMAN, LLP
   Babak Semnar, Esq. (SBN 224890)
2  Bob@sandiegoconsumerattorneys.com
3  Jared M. Hartman, Esq. (SBN 254860)
   Jared@sandiegoconsumerattorneys.com
4  400 S. Melrose Dr., Suite 209
   Vista, CA 92081
5  Telephone (619) 500-4187; Fax (888) 819-8230
6
7  Attorneys for Plaintiff, EDUARDO CALIXTO

8            **IN THE UNITED STATES DISTRICT COURT**
9            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10

| EDUARDO CALIXTO, an individual, | Case No.: 5:17-cv-00634-JGB-SP |
|---|---|
| Plaintiff, | **PLAINTIFF'S VOLUNTARY DIMISSAL, WITH PREJUDICE, PURSUANT TO RULE 41(a)** |
| v. | |
| THE MOORE LAW GROUP, APC; CAPITAL ONE BANK (USA), N.A.; and DOES 1-10, | |
| Defendants. | |

   PLEASE TAKE NOTICE, Plaintiff EDUARDO CALIXTO hereby voluntarily dismisses this entire matter, with prejudice, pursuant to Rule 41(a) of the Rules of Civil Procedure.

                                          SEMNAR & HARTMAN, LLP

DATED: May 30, 2017                       /s/ Jared M. Hartman, Esq.
                                          JARED M. HARTMAN, ESQ.
                                          Attorneys for Plaintiffs,
                                          EDUARDO CALIXTO

1